ANGELA L. PADILLA (CA SBN 154863)
APadilla@mofo.com
GEOFFREY A. GRABER (CA SBN 211547)
GGraber@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*E-filed 7/14/06*

Attorneys for Defendants
PRINCIPAL LIFE INSURANCE CO. and
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>          Plaintiff,<br><br>    v.<br><br>PRINCIPAL LIFE INSURANCE CO., TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.   C-05-05295-HRL<br><br>[PROPOSED] ORDER EXTENDING MEDIATION DEADLINE |

Having reviewed the parties' Stipulation to Extend Mediation Deadline, and finding it to be in order,

IT IS HEREBY ORDERED that the deadline for conducting mediation in this case is hereby extended to, and including, August 21, 2006.

Dated: July 14, 2006

/s/ Howard R. Lloyd
_____
The Honorable Howard R. Lloyd
United States Magistrate Judge

[PROPOSED] ORDER EXTENDING MEDIATION DEADLINE
C-05-05295-HRL
sf-2161426

1