1 | ANGELA L. PADILLA  (CA SBN 154863)
  | APadilla@mofo.com                              *E-filed 10/23/06*
2 | GEOFFREY A. GRABER (CA SBN 211547)
  | GGraber@mofo.com
3 | MORRISON & FOERSTER LLP
  | 425 Market Street
4 | San Francisco, California  94105-2482
  | Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | Attorneys for Defendants
  | Principal Life Insurance Company
7 | Target Corporation

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12

13 | DON BORG,                                  Case No.   C-05-05295-HRL

14 |                 Plaintiff,                 **STIPULATION AND
                                                [PROPOSED] ORDER TO
15 |         v.                                 RESCHEDULE SUMMARY
                                                JUDGMENT HEARING DATE**
16 | PRINCIPAL LIFE INSURANCE COMPANY,
   | TARGET CORPORATION,
17 |
   |                 Defendants.
18

19

20         WHEREAS, under the current Scheduling Order in this action, the last day to hear non-

21 discovery motions, including motions for summary judgment, is November 28, 2006;

22         WHEREAS, Plaintiffs' counsel will be out of the country from November 24, 2006 to

23 December 4, 2006;

24         WHEREAS, defense counsel is getting married on October 28, 2006 and will be out of the

25 country from October 29, 2006 to November 10, 2006, and will therefore be unavailable during

26 the time to brief opposition and reply papers;

27

28

STIPULATION TO RESCHEDULE SUMMARY JUDGMENT HEARING
C-05-05295-HRL
sf-2208953

WHEREAS, the parties have been engaged in ongoing settlement discussions and are hopeful that this case can be resolved prior to the Court hearing any motions for summary judgment;

NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby request that the last day to hear non-discovery motions, currently set for November 28, 2006, be rescheduled to December 19, 2006.

Respectfully Submitted,

Dated:  October 17, 2006

LAW OFFICES OF STANLEY G. HILTON

By: /s/Stanley G. Hilton
Stanley G. Hilton
*Attorney for Plaintiffs*

Dated:  October 17, 2006

MORRISON & FOERSTER LLP

By: /s/Geoffrey Graber
Geoffrey Graber
*Attorneys for Defendants*
PRINCIPAL LIFE INSURANCE CO., and
TARGET CORPORATION

I, Geoffrey Graber, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Reschedule Summary Judgment Hearing Date.  In compliance with General Order 45, X.B., I hereby attest that Stanley G. Hilton has concurred in this filing.

Dated:  October 17, 2006.

MORRISON & FOERSTER LLP

By: /s/  Geoffrey Graber

STIPULATION TO RESCHEDULE SUMMARY JUDGMENT HEARING
C-05-05295-HRL
sf-2208953

2

1  **ORDER**

2  For good cause shown, and upon stipulation of the parties, the last day to hear

3  dispositive motions in this matter, currently set for November 28, 2006, is hereby rescheduled to

4  December 19, 2006.

6  IT IS SO ORDERED.

8  Dated: 10/23 _____, 2006

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge