*E-filed 12/12/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>    Plaintiff,<br><br>    v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br>TARGET CORPORATION,<br><br>    Defendants.<br>_____/ | Case No. C05-05295 (HRL)<br><br>**ORDER TAKING SUMMARY JUDGMENT MOTION OFF CALENDAR** |

Having been advised by defendants that a settlement has been reached in this case, the court takes defendants' summary judgment motion off the calendar for December 19, 2006.

**IT IS SO ORDERED.**

Dated: 12/12/06

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Geoffrey Aaron Graber ggraber@mofo.com, mlechwar@mofo.com

Stanley G. Hilton FROG727@AOL.COM, mscarver@aol.com; loucasloukas@yahoo.com; chaffeej@pacbell.net; STAVROS3589@AOL.COM; frogg@e-garfield.com

Angela L. Padilla apadilla@mofo.com, lmethven@mofo.com

* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 12/12/06

                                                /s/  JMM
                                      Chambers of Magistrate Judge Lloyd