*E-filed 12/19/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG, | Case No. 05-05295 HRL |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| PRINCIPAL LIFE INSURANCE CO., et al., | |
| Defendants. | |

The parties have advised that they have entered a full settlement in the above-entitled action. Accordingly, the court vacates all scheduled appearances before it.

IT IS HEREBY ORDERED that this action be dismissed with prejudice. However, if any party certifies to this court, no later than February 20, 2007, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing ORDER SHALL STAND VACATED and this cause shall be restored to the calendar and be set for trial.

**IT IS SO ORDERED**.

Dated: 12/19/06

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  Notice will be electronically mailed to:

2  Geoffrey Aaron Graber ggraber@mofo.com, mlechwar@mofo.com

3
   Stanley G. Hilton FROG727@AOL.COM, mscarver@aol.com; loucasloukas@yahoo.com;
4  chaffeej@pacbell.net; STAVROS3589@AOL.COM; frogg@e-garfield.com

5  Angela L. Padilla apadilla@mofo.com, lmethven@mofo.com

6

7  Counsel are responsible for distributing copies of this document to co-counsel who have not
   registered for e-filing under the court's CM/ECF program.
8