| | |
|---|---|
| STANLEY G. HILTON (CA SBN 65990)<br>LAW OFFICES OF STANLEY G. HILTON<br>2570 North First Street, Ste. 200<br>San Jose, California 95131<br>Telephone: (415) 378-6142<br>Facsimile: (650) 276-2388 | *E-filed 12/27/06* |

Attorneys for Plaintiff
Donald Borg


ANGELA L. PADILLA  (CA SBN 154863)
APadilla@mofo.com
GEOFFREY A. GRABER (CA SBN 211547)
GGraber@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Principal Life Insurance Company
Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON BORG,<br><br>          Plaintiff,<br><br>     v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br>TARGET CORPORATION,<br><br>          Defendants. | Case No.   C-05-05295-HRL<br><br>**STIPULATION OF DISMISSAL**<br><br>[Fed. R. Civ. Proc. 41(a)(1)(ii)] |

STIPULATION OF DISMISSAL
C-05-05295-HRL
sf-2230717

1  Plaintiff Donald Borg and Defendants Principal Life Insurance Company and Target
2  Corporation, by and through their respective counsel, and pursuant to a written settlement
3  agreement, hereby stipulate and request the Court dismiss, with prejudice, all of Plaintiff's claims
4  against Defendants. Each party is to bear its own fees and costs.

5

6  Dated: _____, 2006          LAW OFFICES OF STANLEY G. HILTON

7

8                                   By:_____
9                                   Stanley G. Hilton
                                    *Attorney for Plaintiffs*
10

11
    Dated: Dec. 20, 2006             MORRISON & FOERSTER LLP
12

13
                                    By:_____
14                                  Geoffrey Graber
                                    *Attorneys for Defendants*
15                                  PRINCIPAL LIFE INSURANCE CO., and
                                    TARGET CORPORATION
16

17

18                                  **ORDER**
19
    FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that all of Plaintiff's claims
20
    against Defendants shall be dismissed, with prejudice, and each party shall bear its own fees and
21
    costs.
22

23          Dated: December 27, 2006
24
25
                                    _____
26                                  The Honorable Howard R. Lloyd
                                    United States Magistrate Judge
27

28

STIPULATION OF DISMISSAL
C-05-05295-HRL
sf-2230717

1  Plaintiff Donald Borg and Defendants Principal Life Insurance Company and Target
2  Corporation, by and through their respective counsel, and pursuant to a written settlement
3  agreement, hereby stipulate and request the Court dismiss, with prejudice, all of Plaintiff's claims
4  against Defendants. Each party is to bear its own fees and costs.

Dated: 12-19, 2006        LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
*Attorney for Plaintiffs*

Dated: _____, 2006        MORRISON & FOERSTER LLP

By:_____
Geoffrey Graber
*Attorneys for Defendants*
PRINCIPAL LIFE INSURANCE CO., and
TARGET CORPORATION

## ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendants shall be dismissed, with prejudice, and each party shall bear its own fees and costs.

Dated:_____, 2006

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge

STIPULATION OF DISMISSAL
C-05-05295-HRL
sf-2230717